1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          Docket Number 6:20-po-00349-HBK

12 |        Plaintiff,

13 |    v.                              **MOTION TO DISMISS; AND
                                        ORDER THEREON**
14 |

15 | HYEON S. KANG,

16 |        Defendant.

17

18    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19 endorsed hereon, the United States hereby moves the Court for an order of dismissal without

20 prejudice and in the interest of justice.

21

22    Dated: December 11, 2020             /S/ Sean O. Anderson
                                           Sean O. Anderson
23                                         Acting Legal Officer
                                           Yosemite National Park
24

25

26

27

28
                                            1

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Kang*, case no. 6:20-po-00349-HBK (violation no. 9291416) is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  December 11, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE